# In the United States Court of Federal Claims

No. 26-1067C
(Filed: September 10, 2026)

| | |
|---|---|
| CHAINALYSIS GOVERNMENT SOLUTIONS, LLC, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| TRM LABS, INC. | |
| Defendant-Intervenor. | |

**ORDER**

For reasons stated today on the record, Plaintiff's motion for judgment on the administrative record (ECF 30) is **DENIED**. The government's and Defendant-Intervenor's cross motions (ECF 35 and 34 respectively) are **GRANTED**. The case is **DISMISSED**.

The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge